# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER C. SAENZ and WCS LEASING, L.L.C., d/b/a MARS RECOVERY, § § § § *Plaintiffs*, § § v. § § U.S. BANK, N.A., § § *Defendant*. § § | CIVIL ACTION NO. _____ |

### INDEX OF DOCUMENTS FILED IN STATE COURT

| **Exhibit** | **Date Filed/Entered** | **Description** |
|---|---|---|
| D | N/A | State Court docket sheet |
| D-1 | 1/28/2021 | Petition |
| D-2 | 1/28/2021 | Issued Citation; |
| D-3 | 1/29/2021 | Clerk's Certificate of Service |
| D-4 | 2/9/2021 | Return of Service |
| D-5 | | Defendant's Original Answer |