# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER C. SAENZ and WCS LEASING, L.L.C., d/b/a MARS RECOVERY,<br><br>   *Plaintiffs*,<br><br>v.<br><br>U.S. BANK, N.A.,<br><br>   *Defendant*. | §§§§§§§§§§§§§    CIVIL ACTION NO. _____ |

## LIST OF ALL COUNSEL OF RECORD

Pursuant to Southern District of Texas Local Rule 81, Defendant U.S. Bank National Association ("Defendant") provides the following list of counsel of record in this matter:

1. **Counsel for Plaintiffs:**

    Byron K. Barclay
    State Bar No. 01720350
    BKBarclay@lawyer.com
    The Barclay Law Firm
    705 Chelsea Boulevard
    Houston, Texas 77006-6205
    Telephone: (713) 224-2334
    Facsimile: (713) 758-0253

2. **Counsel for Defendants:**

    Marc D. Cabrera
    State Bar No. 24069453
    S.D. Bar No. 1093318
    mcabrera@polsinelli.com
    Elizabeth Hayes
    State Bar No. 24069001
    S.D. Bar No. 2964103
    ehayes@polsinelli.com
    POLSINELLI PC
    2950 N. Harwood, Suite 2100
    Dallas, Texas 75201
    Telephone: (214) 397-0030
    Facsimile:  (214) 397-0033