# EXHIBIT D

2/20/2021 Case 4:21-cv-00661 odyssey.mctx.org/Unsecured/CaseDetail.aspx?CaseID=2434005 Page 2 of 2
Document 1-4 Filed on 03/01/21 in TXSD

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                         Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 21-01-01381

| | | |
|---|---|---|
| Walter C Saenz, and WCS Leasing , L.L.C. d/b/a Mars Recovery VS. U.S. Bank N.A. | § § § § § | Case Type: Other Civil Case >$100,000 but <$200,000<br>Date Filed: 01/28/2021<br>Location: County Court at Law #2 |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Defendant | **U.S. Bank National Association**<br>Registered Agent - C.T. Corporation System<br>1999 Bryan Street Ste. 900<br>Dallas, TX 75201-3136 | |
| Plaintiff | **Saenz, Walter C  Mars Recovery  WCS Leasing, LLC**<br>27057 Hanna Road<br>Conroe, TX 77385 | **Byron Keith Barclay**<br>*Retained*<br>713-224-2334(W) |
| Plaintiff | **WCS Leasing , L.L.C. d/b/a Mars Recovery**<br>27057 Hanna Road<br>Conroe, TX 77385 | **Byron Keith Barclay**<br>*Retained*<br>713-224-2334(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 01/28/2021 | Original Petition (OCA) | | |
| 01/28/2021 | E-Filed Original Petition Document | | |
| 01/29/2021 | Request For Service | | |
| 01/29/2021 | Certified Mail Citation | | |
| | U.S. Bank National Association | Served | 02/04/2021 |
| | | Returned | 02/09/2021 |

### FINANCIAL INFORMATION

**Plaintiff** WCS Leasing , L.L.C. d/b/a Mars Recovery
Total Financial Assessment                                                                                     379.00
Total Payments and Credits                                                                                     379.00
**Balance Due as of 02/20/2021**                                                                               **0.00**

| | | | |
|---|---|---|---|
| 01/29/2021 | Transaction Assessment | | 379.00 |
| 01/29/2021 | E-File Electronic Payment     Receipt # 2021-289080 | WCS Leasing , L.L.C. d/b/a Mars Recovery | (379.00) |