# EXHIBIT D-2

# CITATION

Cause Number: 21-01-01381

| | |
|---|---|
| **Clerk of the Court** | **Attorney Requesting Service** |
| Melisa Miller | Byron Keith Barclay |
| P.O. Box 2985 | 705 Chelsea Boulevard |
| Conroe, Texas 77305 | Houston TX  77006 |

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. <u>If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.</u> In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

To:   U.S. Bank National Association
      Registered Agent - CT Corporation System
      1999 Bryan Street Ste 900
      Dallas TX  75201-3136

The attached Plaintiff's Original Petition with Discovery was filed on the 29th day of January, 2021, in County Court at Law #2, located at the Montgomery County Courthouse in Conroe, Texas, numbered 21-01-01381, and includes the following parties: Walter C Saenz; WCS Leasing , L.L.C. d/b/a Mars Recovery, plaintiff(s), and U.S. Bank National Association, defendant(s).

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 29th day of January, 2021.

> **Melisa Miller, District Clerk**
> **Montgomery County, Texas**
> f/c user: SI
> **By:** Issued 01/29/2021 14:02:12
> **Sarah Introligator, Deputy**

# OFFICER'S RETURN

**Cause No. 21-01-01381**          **Court No: County Court at Law #2**
**Style:** Walter C Saenz, and WCS Leasing , L.L.C. d/b/a Mars Recovery VS. U.S. Bank N.A.
**To:**        U.S. Bank National Association
**Address:**    Registered Agent - CT Corporation System
               1999 Bryan Street Ste 900
               Dallas TX  75201-3136

Came to hand the ___day of _____, 20__, at _____ o'clock, and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition with Discovery at the following times and places, to wit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

**Manner of service:** _____

**\*And not executed as to the defendants(s)** _____
The      diligence      used      in      finding      said      defendant(s)      being:
_____
And      the      cause      of      failure      to      execute      this      process      is:
_____
And information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
**Serving Petition and Copy**     $_____

                                                                   _____OFFICER
**TOTAL**                          $_____
                                                                   _____County, Texas
                                                     By: _____, Deputy

**AFFIANT**
Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form:
My full name is _____
My date of birth is ___/___/____, and my address is _____.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**
Executed in_____, County, State of _____,
on the _____day of _____, 20____.

_____
**Declarant/Authorized Process Server**
_____
**ID# & Exp. Of Certification**

_____
**Declarant/Authorized Process Server**
_____
**ID# & Exp. Of Certification**

**SWORN AND SUBSCRIBED ON**

_____
**DATE**

_____
**NOTARY**