# **EXHIBIT D-3**

Cause no. 21-01-01381 County Court at Law #2
Walter C Saenz, and WCS Leasing, L.L.C. d/b/a Mars Recovery VS. U.S. Bank N.A.

### Clerk's Certificate of Service by Certified Mail:

I, Melisa Miller, Clerk of the District Courts of Montgomery County, Texas, certify that, in cause no. 21-01-01381, the foregoing citation came to hand on January 29, 2021 at 2:05PM, and I executed the foregoing citation in Montgomery County, Texas on this the 29th day of January, 2021, by placing in the United States Mail a true copy of this citation, with a true copy of the Plaintiff's Original Petition with Discovery attached thereto, via certified mail no. 92147969009997901636932604 and addressed to

U.S. Bank National Association
Registered Agent - CT Corporation System
1999 Bryan Street Ste 900
Dallas TX 75201-3136

and endorsed thereon "RETURN RECEIPT REQUESTED"; to certify which witness my hand officially January 29, 2021.

Melisa Miller, District Clerk
Montgomery County, Texas

By: _____
Sarah Introligator



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee 7214 7969 0099 9790 1636 9326 04
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $ $2.85    Postmark Here
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $ $0.00
Postage
$
Total Postage and Fees  $0.610
$ $6.960
Sent To
Street, Apt. No., US Bank, N.A.
or PO Box No. Registered Agent CT Corporation System
City, State, Zip+4 1999 Bryan Street Ste 900
Dallas, TX 75201-3136

PS Form 3800, April 2015 See Reverse for Instructions