# EXHIBIT D-4



UNITED STATES POSTAL SERVICE

Code: 21-01-01381
Code2: County Court at Law #2

• Sender: Please print your name, address, and ZIP+4® in this box •

Montgomery County District Clerk
P. O. Box 2985
Conroe, TX 77305

9590 9402 5044 9736 9326 11

Melissa Mack
Deputy
Montgomery County, Texas
District Clerk

FEB 09 2021

RECEIVED AND FILED
FOR RECORD
M 10:05 M

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

0661 Document 1-8 Filed on 03/01/21 in TXS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bank, N.A.
Registered Agent CT Corporation System
1999 Bryan Street Ste 900
Dallas, TX 75201-3136

1/29/2021 2:56:50PM

2. Article Number *(Transfer from service label)*

9290 9496 0099 9790 1636 9326 11

7214 7865 0099 9790 1636 9326 04

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
FEB 04 2021

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt