# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WALTER C. SAENZ and WCS LEASING, L.L.C., d/b/a MARS RECOVERY, § § § *Plaintiffs*, § § v. § U.S. BANK, N.A., § § *Defendants*. § | CIVIL CASE NO. 4:21-cv-00661 |

## NOTICE OF APPEARANCE OF MARC D. CABRERA

Please take notice that Marc D. Cabrera is entering an appearance in the above-styled and numbered cause on behalf of Defendant/Counter-Plaintiff U.S. Bank, National Association:

> **Marc D. Cabrera**
> State Bar No. 24069453
> S.D. Bar No. 1093318
> mcabrera@polsinelli.com
> **POLSINELLI PC**
> 2950 N. Harwood Street, Suite 2100
> Dallas, TX 75201
> T: (214) 397-0030
> F: (214) 397-0033

Please provide Mr. Cabrera with copies of all correspondence, pleadings or other documents in this case.

Respectfully submitted,

*/s/ Marc D. Cabrera*

**Marc D. Cabrera**
  State Bar No. 24069453
  S.D. Bar No. 1093318
  mcabrera@polsinelli.com
**Elizabeth Hayes**
  State Bar No. 24069001
  S.D. Bar No. 2964103
  ehayes@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
T: (214) 397-0030
F: (214) 397-0033

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on this 1st day of March, 2021, via the Court's CM/ECF system and/or regular U.S. Mail, pursuant to the Federal Rules of Civil Procedure.

/s/ *Marc D. Cabrera*
Marc D. Cabrera