UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER C. SAENZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-661 |
| | § § | |
| U. S. BANK, N.A., | § § | |
| Defendant. | § | |

### NOTICE OF TELEPHONE HEARING

The parties in the above styled case are notified that a telephone hearing has been set pertaining to the Temporary Restraining Order [Doc. No. 7]. The hearing is scheduled on Wednesday, March 10, 2021 at 4:30 PM. Instructions for calling are as follows:

        Telephone Number:    713-250-5817
        Conference ID:    45817#
        Conference Password:    13579#

NOTE:    ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.

Date: March 5, 2021        Nathan Ochsner, Clerk of Court

        By: R. Hawkins, Case Manager