IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER C. SAENZ and WCS LEASING, L.L.C., d/b/a MARS RECOVERY, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-cv-00661 |
| U.S. BANK, N.A., | § § § | |
| *Defendant*. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant U.S. Bank National Association ("Defendant" or "U.S. Bank") files this Certificate of Interested Persons and states that the following persons, entities, and/or firms may have a financial interest in the outcome of this case:

(1) Plaintiff Walter C. Saenz;

(2) Plaintiff WCS Leasing, L.L.C., d/b/a Mars Recovery;

(3) Byron K. Barclay and The Barclay Law Firm, counsel for Plaintiffs;

(4) U.S. Bank is a national banking association pursuant to federal law and is a wholly owned subsidiary of U.S. Bancorp, a publicly traded corporation that does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

U.S. Bank reserves the right to supplement this disclosure as necessary.

Respectfully submitted,

/s/ *Elizabeth Hayes*
**Marc D. Cabrera**
  State Bar No. 24069453
  S.D. Bar No. 1093318
  mcabrera@polsinelli.com
**Elizabeth Hayes**
  State Bar No. 24069001
  S.D. Bar No. 2964103
  ehayes@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
T: (214) 397-0030
F: (214) 397-0033

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on March 8, 2021, on counsel for all parties of record via CM/ECF pursuant to the Federal Rules of Civil Procedure.

/s/ *Elizabeth Hayes*
Counsel for Defendant