IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WALTER C. SAENZ, ET AL.,** § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:21-cv-00661** |
| § | |
| **U.S. BANK, N.A.,** § | |
| § | |
| *Defendant*. § | |

### ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT

Upon consideration of U.S. Bank National Association's ("Defendant") Motion to Dismiss Amended Complaint and Brief in Support ("Motion to Dismiss"), and any responses or replies thereto, the Court finds that the Motion to Dismiss should be and hereby is **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiffs Walter C. Saenz and WCS Leasing, L.L.C., d/b/a Mars Recovery ("Plaintiffs") asserted or could have asserted against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs shall be taxed against Plaintiffs.

Signed this the _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE