United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER C. SAENZ, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00661 |
| | § | |
| U.S. BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING UNOPPOSED MOTION

The Court, having considered Defendant U.S. Bank National Association's ("Defendant") Unopposed Motion to Enlarge Deadline to Answer Amended Complaint ("Unopposed Motion"), finds that the Unopposed Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Defendant's deadline to answer or otherwise respond to Plaintiffs Walter C. Saenz and WCS Leasing L.L.C. d/b/a Mars Recovery's First Amended Complaint (Doc. No. 15) is hereby extended up to and including the 21st day after the Court rules on Defendant's Motion for Summary Judgment and Brief in Support (Doc. No. 27) if any claim in the Amended Complaint remains.

SIGNED this 21st day of September, 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE